UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS POWERS,<br>　　　　　Plaintiff,<br>　　v.<br>DAVID CHANG, et al.,<br>　　　　　Defendants. | Case No. 19-cv-07219-SVK<br><br>**ORDER REGARDING STIPULATION TO EXTEND DEADLINE FOR JOINT SITE INSPECTION**<br><br>Re: Dkt. No. 12 |

The Court is in receipt of the parties' stipulation to extend the joint site inspection deadline. Dkt. 12. The parties ask this Court to extend the deadline to complete the joint site inspection from February 13, 2020 (Dkt. 3; Dkt. 12 at 1) to July 1, 2020 (Dkt. 12 at 2). This request, made more than thirty days after the original deadline, is untimely. However, the current public health conditions do require an extension, notwithstanding the parties' lack of diligence. Accordingly, the deadline to complete the joint site inspection is extended to **June 1, 2020.**

**SO ORDERED.**

Dated: March 25, 2020

SUSAN VAN KEULEN
United States Magistrate Judge