# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS POWERS,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>DAVID CHANG, individually and dba Family Auto Care, MARGARET GALEB, SLOBODON GALEB, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:19-cv-07219-SVK<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND JOINT SITE INSPECTION DEADLINE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include June 15, 2020.

2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: April 28, 2020

　　　　　　　　　　　　　　　　　　　　　Susan van Keulen
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge