# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS POWERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID CHANG, individually and dba Family Auto Care, et al.,<br><br>　　　　Defendants. | Case No. 5:19-cv-07219-SVK<br><br>**ORDER** [~~PROPOSED~~] |

The Court hereby vacates all currently set dates and dismisses this matter with prejudice, in its entirety, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: July 14, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge